# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-13-00148-CV

**In re Jose Isaac Reyes**

ORIGINAL PROCEEDING FROM HIDALGO COUNTY

**M E M O R A N D U M   O P I N I O N**

Relator Jose Isaac Reyes petitions for a writ of mandamus concerning a habeas corpus application in a Hidalgo County district court. However, Hidalgo County is not within this Court's territorial jurisdiction. *See* Tex. Gov't Code Ann. §§ 22.201(d) (West Supp. 2012) (listing twenty-four counties in Third Court of Appeals's district), 22.221(b) (West 2004) (authorizing appellate courts to issue writs of mandamus within its district).

The petition for writ of mandamus is dismissed for want of jurisdiction. *See* Tex. R. App. P. 52.8(a).

_____

Jeff Rose, Justice

Before Justices Puryear, Pemberton and Rose

Filed: March 13, 2013